IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| SONY BMG MUSIC ENTERTAINMENT, et al., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 5:05-06067-CV-SJ-DW |
| RANDY GLIDEWELL, | ) |
| Defendant. | ) |

ORDER

Before the Court is Plaintiffs' Motion to Dismiss (Doc. 11). Plaintiffs move the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), to enter an Order formally dismissing this suit on the grounds that the parties have settled their dispute. As part of the settlement, Plaintiffs agreed to dismiss the above-named action with prejudice, with each side to bear its own costs and fees.

For good cause shown, Plaintiffs' Motion (Doc. 11) is GRANTED. The above-styled case is DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: July 12, 2006